UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SALVADOR ORNELAS, | Case No. CV 04-8834 SGL (AJW) |
|     Petitioner, | |
|   v. | JUDGMENT |
| G.J. GIRUBINO, Warden, | |
|     Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: June 8, 2009

_____
Stephen G. Larson
United States District Judge